KATHLEEN A. LEAVITT                                                                        E-FILED 06/01/2010
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

## UNITED STATES BANKRUPTCY COURT
## NEVADA DIVISION

| | |
|---|---|
| IN RE:<br>**MARGARET L SMITH**<br><br>**Debtor**<br>Attorney for Debtor:<br>   **FRANK SORRENTINO ESQ** | CASE NO: BKS-09-23728-BAM<br><br>**CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION** |

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was  filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either  "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no plan provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim including, if appropriate, the payment of and rate of interest), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution on or before July 01, 2010. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that funds provided to be paid to a creditor through the Chapter 13 Plan but for which no Proof of Claim has been filed will be forwarded to the Clerk of U. S. Bankruptcy Court, District of Nevada, as unclaimed funds.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution.  This plan proposes that the Debtor pay a Base Amount (a specific dollar amount) to the Plan.  The exact percentage of distribution to unsecured non-priority claims will depend upon all claims filed and allowed in this case.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|

Page 2 of 2
BKS-09-23728-BAM

MARGARET L SMITH

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC**<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>HSBC BANK NEVADA NA (DIRECT MERCHANTS BANK)<br>PO BOX 12914 | **$7,731.47**<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00006 / COURT CLAIM # 6** | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 3134 |
| **JEFFERSON CAPITAL SYSTEMS LLC**<br>PURCHASED FROM BARCLAYS BANK DELAWARE<br>PO BOX 23051<br>COLUMBUS, GA  31902-3051 | **$3,372.82**<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00007 / COURT CLAIM # 5** | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXXXXX7963 |
| **UNITED STATES TREASURY**<br>SPECIAL PROCEDURES<br>PO BOX 21125<br>PHILADELPHIA, PA  19114 | **$1,281.81**<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00011 / COURT CLAIM # 1** | IRS PRTY<br><br>EXACTLY 100.00% TO BE PAID | 2008 |
| **WELLS FARGO HOME MORTGAGE**<br>ONE HOME CAMPUS<br>MAC ID#X2302-04C<br>DES MOINES, IA  50328 | **$2,129.35**<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00013 / COURT CLAIM # 2** | MORTG ARREARS PRE PETITION<br><br>EXACTLY 100.00% TO BE PAID | XXXXXXXXXXXX5631 |
| **UNITED STATES TREASURY**<br>SPECIAL PROCEDURES<br>PO BOX 21125<br>PHILADELPHIA, PA  19114 | **$25.42**<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00017 / COURT CLAIM # 1** | IRS UNS<br><br>APPROXIMATELY 0.00% TO BE PAID | PENS |
| **GREENBRIAR TOWNHOUSE HOA**<br>C/O NEVADA ASSOCIATION SERVICES INC<br>6224 W. DESERT INN RD.<br>LAS VEGAS, NV  89146 | **$1,975.00**<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00018 / COURT CLAIM # 3** | SECURED-OTHER<br><br>EXACTLY 100.00% TO BE PAID | XX2377 |
| **FAA FIRST FEDERAL CREDIT UNION**<br>14600 AVIATION BLVD<br>HAWTHORNE, CA  90250-6656 | **$5,111.37**<br>AT 6.49% INT<br>FROM<br>**TRUSTEE CLAIM# 00019 / COURT CLAIM # 4** | VEHICLE DIRECT<br><br>Paid direct by Debtor 100.00% TO BE PAID | 7435 |
| **WELLS FARGO HOME MORTGAGE**<br>ONE HOME CAMPUS<br>MAC ID#X2302-04C<br>DES MOINES, IA  50328 | **$64,882.36**<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00020 / COURT CLAIM # 2** | MORTGAGE DIRECT<br><br>Paid direct by Debtor 100.00% TO BE PAID | XXXXXXXXXXXX5631 |

Dated: 6/1/2010

/s/ ESTHER CARR
for Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: hookssl              Page 1 of 1                Date Rcvd: Jun 02, 2010
Case: 09-23728                Form ID: pdf913            Total Noticed: 18

The following entities were noticed by first class mail on Jun 04, 2010.
db           +MARGARET L. SMITH,    421 GREENBRIAR TOWNHOUSE WAY,    LAS VEGAS, NV 89121-2451
5082952      +FAA Federal CU,    14600 Aviation Blvd,    Hawthorne, CA 90250-6656
5082953      +FHA/HUD,    First Madison Services, Inc.,    4111 S. Darlington Ste 300,    Tulsa, OK 74135-6345
5135217      +GREENBRIAR TOWNHOUSE HOA,    C/O NEVADA ASSOCIATION SERVICES, INC.,    6224 WEST DESERT INN ROAD,
               LAS VEGAS, NEVADA 89146-6612
5082954      +Greenbriar Townhouse HOA,    740 Greenbriar Townhouse Way,    Las Vegas, NV 89121-2430
5082955      +HSBC,    PO Box 60136,    City Of Industry, CA 91716-0136
5082960     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  United States Treasury,    Attn: BK Division,    Ogden, UT 84201)
5082959     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  United States Treasury,    Centralized Insolvency Operations,
               PO Box 21126,    Philadelphia, PA 19114-0326)
5082958     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  United States Treasury,    Stop 5020,    110 City Parkway,
               Las Vegas, NV 89106)
5311973      +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
5082956       Juniper Bank,    PO Box 13337,    Philadelphia, PA 19101-3337
5082957      +Nevada Association Services,    6224 W. Desert Inn Rd., Ste. A,    Las Vegas, NV 89146-6612
5447913      +PRA Receivables Management, LLC,    As Agent of Portfolio Recovery Assocs.,    PO Box 12914,
               Norfolk, VA 23541-0914
5082961      +Veterans Administration,    Loan Guaranty Division,    3225 N. Central Avenue,
               Phoenix, AZ 85012-2405
5115329      +WELLS FARGO BANK,    ONE HOME CAMPUS,    DES MOINES, IA 50328-0001
5082962      +Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
The following entities were noticed by electronic transmission on Jun 03, 2010.
cr           +E-mail/PDF: rmscedi@recoverycorp.com Jun 03 2010 01:48:15
               RECOVERY MANAGEMENT SYSTEMS CORPORATION,    25 S.E. SECOND AVENUE,
               INGRAHAM BUILDING, SUITE 1120,    MIAMI, FL 33131-1506
5218851       E-mail/PDF: rmscedi@recoverycorp.com Jun 03 2010 01:48:15
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            casemgr
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 04, 2010**                **Signature:**   _Joseph Speetjens_